No. 740. BARBER *v.* UNITED STATES. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *William Barber, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. W. Marvin Smith,* and *Miss Beatrice Rosenberg* for the United States.

No. 834. SEGAL *v.* NEW JERSEY. May 8, 1944. Petition for writ of certiorari to the Supreme Court of New Jersey denied.

No. 860. BERTRAND *v.* ILLINOIS. May 8, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 835. CHALFONTE *v.* SMITH, WARDEN. May 8, 1944. The petition for writ of certiorari to the Supreme Court of Pennsylvania is denied for the reason that application therefor was not made within the time provided by law. § 8 (a), Act of February 13, 1925 (43 Stat. 936, 940), 28 U. S. C., § 350.

No. 838. RHODES *v.* FEDERAL LAND BANK OF ST. PAUL ET AL. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William Lemke* for petitioner. *Mr. Robert J. Barry* for respondents.

No. 839. WALLING, ADMINISTRATOR, *v.* PLYMOUTH MANUFACTURING CORP. ET AL. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Fahy* and